IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO.  2:04-cr-240-T |
| ) | (WO) |
| QUENTIN T. DUNN    ) | |

### O R D E R

Upon consideration of the Motion for Leave to Dismiss the Indictment as to Quentin T. Dunn, heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE, this the 18th day of July, 2005.

　　　　　　　　　　　　　　　　　　　／s/ Myron H. Thompson　　　
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

### DISMISSAL OF INDICTMENT

Comes now the United States of America with leave of the Court first had and obtained and dismisses the Indictment heretofore filed in the above styled cause as to Quentin T. Dunn.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　LEURA GARRETT CANARY
　　　　　　　　　　　　　　　UNITED STATES ATTORNEY
　　　　　　　　　　　　　　　/s/ Verne H. Speirs
　　　　　　　　　　　　　　　VERNE H. SPEIRS
　　　　　　　　　　　　　　　One Court Street
　　　　　　　　　　　　　　　Montgomery, Alabama 36104
　　　　　　　　　　　　　　　Phone: (334) 223-7280
　　　　　　　　　　　　　　　FAX: (334) 223-7135
　　　　　　　　　　　　　　　verne.speirs@usdoj.gov