IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:04-cr-240-T |
| | ) | (WO) |
| QUENTIN T. DUNN | ) | |

O R D E R

Upon consideration of the Motion for Leave to Dismiss the Superseding Indictment, filed February 9, 2005, heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE, this the 18th day of July, 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

DISMISSAL OF SUPERSEDING INDICTMENT

Comes now the United States of America with leave of the Court first had and obtained and dismisses the Superseding Indictment, filed February 9, 2005, in the above styled cause as to Quentin T. Dunn.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY
/s/ Verne H. Speirs
VERNE H. SPEIRS
One Court Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
verne.speirs@usdoj.gov